25234900
 

 
 NUMBER 13-13-00697-CV
 
 COURT OF APPEALS
 
 THIRTEENTH DISTRICT OF TEXAS
 
 CORPUS CHRISTI - EDINBURG
 
 
 IN RE FIRST MERCURY INSURANCE COMPANY
 

 On Petition for Writ of Mandamus.

 ORDER
 
 Before Justices Rodriguez, Garza, and Perkes
 Per Curiam Order
 
Relator, First Mercury Insurance Company, filed a petition for writ of mandamus in the above cause on December 13, 2013, requesting that we compel the trial court to vacate its order denying First Mercury's plea to the jurisdiction and to issue an order granting the plea. Currently before the Court is First Mercury's "Motion to Stay Trial Court Proceedings During Pendency of Mandamus." The motion is unopposed. The motion to stay is GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. See Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). 
IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the 10th
day of January, 2014.